**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Vicente GUTIERREZ, a.k.a. Juan Jose
Pavon–Cabrera, Defendant–
Appellant.**

**No. 10–15574
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

June 24, 2011.

Anne R. Schultz, Wifredo A. Ferrer, U.S. Attorney, Kathleen M. Salyer, Emily M. Smachetti, U.S. Attorney's Office, Miami, FL, Theodore Cooperstein, U.S. Attorney's Office, Fort Pierce, FL, for Plaintiff–Appellee.

Fletcher Peacock, Federal Public Defender's Office, Fort Pierce, FL, Kathleen M. Williams, Federal Public Defender, Federal Public Defender's Office, Miami, FL, for Defendant–Appellant.

Before WILSON, PRYOR and FAY, Circuit Judges.

PER CURIAM:

Vicente Gutierrez appeals his sentence of imprisonment for 57 months after pleading guilty to illegal re-entry after deportation. 8 U.S.C. § 1326(a). Gutierrez argues, and the government concedes, that the district court erred in enhancing his sentence eight levels, U.S.S.G. § 2L1.2(b)(1)(C), based on a finding that his prior conviction for second-degree stalking, Ky.Rev.Stat. Ann. § 508.150, constituted a "crime of violence," 18 U.S.C. § 924(e)(2)(B)(i). Gutierrez also argues that his sentence is unreasonable. Because the district court clearly erred in imposing the eight-level enhancement, we need not address Gutierrez's other arguments. We vacate Gutierrez's sentence and remand for further proceedings.

**VACATED AND REMANDED.**